# EXHIBIT A

# M-ENTERTAINMENT PROPERTIES, LLC d/b/a MAGIC CITY
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employers, M-Entertainment Properties, LLC d/b/a Magic City, (collectively d/b/a "Magic City") and all related corporate entities and individuals, to recover compensation I am owed by law.

2. During the past three years, I worked as an entertainer at the nightclub Magic City. I did not receive an hourly wage, and I was required to pay the club money when I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against M-Entertainment Properties, LLC d/b/a Magic City, (collectively d/b/a "Magic City") and all related corporate entities and individuals.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: March 25, 2014            _____
                                Signature

                                Sashe Omogiate
                                _____
                                Print Name

# M-ENTERTAINMENT PROPERTIES, LLC d/b/a MAGIC CITY
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employers, M-Entertainment Properties, LLC d/b/a Magic City, (collectively d/b/a "Magic City") and all related corporate entities and individuals, to recover compensation I am owed by law.

2. During the past three years, I worked as an entertainer at the nightclub Magic City. I did not receive an hourly wage, and I was required to pay the club money when I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against M-Entertainment Properties, LLC d/b/a Magic City, (collectively d/b/a "Magic City") and all related corporate entities and individuals.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 3-26-2014

_Jacqueline Woodard_
Signature

_Jacqueline Woodard_
Print Name

# M-ENTERTAINMENT PROPERTIES, LLC d/b/a MAGIC CITY
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employers, M-Entertainment Properties, LLC d/b/a Magic City, (collectively d/b/a "Magic City") and all related corporate entities and individuals, to recover compensation I am owed by law.

2. During the past three years, I worked as an entertainer at the nightclub Magic City. I did not receive an hourly wage, and I was required to pay the club money when I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against M-Entertainment Properties, LLC d/b/a Magic City, (collectively d/b/a "Magic City") and all related corporate entities and individuals.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 3-26-14                Keira Vaughan
                             Signature

                             Keira Vaughan
                             Print Name