# EXHIBIT B



**MAGIC CITY**

241 Forsyth Street, SW
Atlanta, Georgia 30303
(404) 584-5847 office
(404) 584-0061 fax

## INDEPENDENT CONTRACT AGREEMENT

This Independent Contractor Agreement (the "Agreement") is made and entered into as of __10/10/10__, (the "Effective Date"), by and between Magic City Nightclub ("Licensee" or the "Club") and __Angela Glass__ ("Licensor").

### WITNESSETH:

WHEREAS, Licensor desires to retain Licensee to perform certain Services specified herein; and

WHEREAS, Licensee represents that she desires to be engaged in the capacity of an independent contractor in accordance with the terms and conditions set forth in this Agreement, and desires to lease time, storage space and stage access at the Club, and desires to entertain patrons of The Club through erotic dance in exchange for income paid directly to Licensee by Club patrons for such exotic danced performances (the "Services").

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. **Financial Relationship between the Club and Licensee:**

   (a) Any and all income Licensee receives from Club patrons in exchange for her performance of Services for such patrons shall become the exclusive property of Licensee. Licensee is not obligated to make any payments to the Club from such income.

   (b) In consideration of the provision by the Club to Licensee for time, storage space and stage access, the Licensee agrees to pay the Club a daily license fee of $_____ for any part of each Calendar Day that Licensee performs Services at the Club.

   (c) Either party may terminate this Agreement at any time with or without cause.

## Independent Contractor Status:

(a) Licensee acknowledges that she is not an agent, employee, partner, or joint venture with the Club, and has absolutely no authority to represent, or contract on behalf of the Club. Licensee agrees to waive any legal claims against the Club arising from or related to, in any way, her performance under this Agreement specifically including any claim for any wages and/or overtime pay or any claim under the Fair Labor Standards Act or any other federal, state or local law relating, in any way, to payment of wages. All income received by Licensee from patrons for Services belong to the Licensee and are not shared or reported to the Club.

(b) Licensee, at her own expense, shall secure and maintain all insurance, licenses and/or permits, perform all acts, and pay all taxes necessary or legally required for the performance of any of the Services contemplated under this Agreement. Licensee shall be responsible for reporting and paying all applicable state and federal taxes. Licensee is responsible for her own medical insurance, workers' compensation, liability, hospital, automobile, life and any other type of insurance. Licensee acknowledges that the Club is not responsible for any insurance coverage including, but not limited to, workers' compensation insurance.

(c) Licensee may perform Services at the Club during any normal Club hours and at such times as Licensee shall select. The Club shall have no right to control or direct the dates or time in which Licensee performs Services at the Club.

(d) Licensee is responsible for providing any props or costumes needed for her to perform Services.

(e) Licensee acknowledges that she is a skilled entertainer and the Club is not responsible for providing training or instruction on performance of Services to Licensee.

(f) Licensee will not be considered an employee for purposes of any Club employee or employment policy or any employment benefit plan, nor will Licensee be entitled to any benefits under any such policy or benefit plan.

(g) Licensee is advised that she must legally conform to the attached State and Local laws.

3. ## Indemnification/Hold Harmless

Licensee shall indemnify and hold harmless the Club, its patrons, vendors, its subsidiaries, affiliates, parent corporation, shareholders, officers, directors, employees, independent contractors and agents from and against any all claims, demands, losses, damages, costs, attorneys fees, judgments, and expenses that may arise as a result of Licensee's performance of or failure to perform Services at the Club as contemplated by this Agreement.

4. **Waiver**

Any waiver by the Club of a breach of any provisions of this Agreement or of a failure to enforce any such provision or of the Club's right to enforce any such provision. No act or omission of the Club shall constitute a waiver of any of its rights hereunder except for a written waiver signed by an officer of the Club.

5. **Governing Law/Forum**

This Agreement shall be governed in all respects by the substantive and procedural laws of the State of Georgia, notwithstanding any applicable conflict of laws rule. Jurisdiction for any legal action arising from Licensee's relationship with the Club shall be exclusively held in the Superior Court of Fulton County, Georgia.

6. **Certification by Licensee**

Licensee certifies that all information and data provided by Licensee to the Club in order to obtain this Agreement or in response to the Club's requests for information and data are accurate, complete and current as of the date of execution of this Agreement.

7. **No Conflicting Agreements**

Licensee represents and warrants that execution and performance of this Agreement does not and will not violate, conflict with, or constitute a default under any contract, commitment, agreement, understanding, arrangement or restriction, or any adjudication, order, injunction, or finding of any kind by any court or governmental entity to which Licensee may be a party or by which Licensee may be bound.

8. **Counterparts**

This Agreement may be executed in two counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

9. **Headings**

All section headings herein are inserted for convenience only and shall not modify or affect the construction or interpretation of any provisions of this Agreement.

10. **Notices**

All notices, requests, consents and other communications hereunder shall be in writing, shall be addressed to the receiving party's address set forth below or to other address as a party may designate by notice hereunder, and shall be either (i) delivered by hand, (ii) sent by overnight courier or (iii) sent by registered or certified mail, return receipt requested, postage prepaid.

**If to the Club:**

David Allen Roberts, Esq.
Greenberg Traurig, LLP
3290 Northside Parkway
Suite 400, The Forum
Atlanta, Georgia 30327
(678) 553-2385

**If to Licensee:**

Angela Blass

11. **Severability**

If any provision of this Agreement shall be held to be invalid, inoperative or unenforceable for any reason, the unenforceability thereof shall not affect the validity of any other provision that is held to be invalid, inoperative or unenforceable shall be construed, reformed and enforced to affect the purposes of this Agreement to the fullest extent permitted by law.

12. **Entire Agreement: Modifications**

This Agreement constitutes the entire agreement of the parties hereto, and all previous communications between parties, whether written or oral with reference to the subject matter of this Agreement, are hereby canceled and superseded. No modification of this contract shall be binding upon the parties hereto, including an officer of the Club. This Agreement is effective when signed by both parties.

**IN WITNESS WHEREOF**, the parties to this Agreement have caused the same to be executed on the Effective Date written above.

Dated: 10, 22, 10.        **Magic City Nightclub**

By:
Name: Chernita Zachery
Title: Secretary

Dated: 10-6-10           **LICENSEE:**

Name: Angela E. Glass
Address: [redacted]