## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KEIRA VAUGHAN, JACQUELINE WOODARD, SASHE OMOGIATE, and MAKEDA ROOTS, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, -M- ENTERTAINMENT & CONSULTANT SERVICE, INC., MARVIN L. BROWN, individually, and MICHAEL BARNEY, SR., individually,<br><br>    Defendants. | Case No.: **1:14-cv-00914-SCJ** |

### NOTICE OF ACCEPTANCE OF SETTLEMENT OFFER FOR PLAINTIFFS ARMIE AUXTERO, LINDSEY HARDIN, BRITTANY LOVE, AND SASHE OMOGIATE
_____

Plaintiffs, by and through their attorneys, hereby notify that the following four Plaintiffs accept Defendants' individual offers to settle, invoking Rule 68 of

the Federal Rules of Civil Procedure[1]: Armie Auxtero, Lindsey Hardin, Brittany Love, and Sashe Omogiate. The offers and their respective acceptances are attached hereto as **Exhibit A**.

The offers require dismissal of these Plaintiffs' claims, but permits the Court to retain for the purpose of determining reasonable attorneys' and litigation costs. (*See* Ex. A.) The parties have agreed to postpone the fee petition until after trial and until such time when the Court considers the fee award for the remaining Plaintiffs.

Respectfully submitted,

Dated:   December 16, 2016         **NICHOLS KASTER, PLLP**

 /s/ Rebekah L. Bailey
Michele R. Fisher, GA Bar No. 76198
Anna Prakash, MN Bar No. 0351362*
Rebekah L. Bailey, MN Bar No. 0389599*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
fisher@nka.com
prakash@nka.com
bailey@nka.com
*admitted pro hac vice*

---

[1] Remaining Plaintiffs reserve the right to challenge whether the settlement actually complies with and thus qualifies as an Offer of Judgment under the Rules.

3

**MAYS & KERR, LLC**
Jeff Kerr, GA Bar No. 634260
John Mays, GA Bar No. 986574
235 Peachtree St. NE #202
Atlanta, GA  30303
Telephone: (404) 410-7998
Fax: (404) 855-4066
jeff@maysandkerr.com
john@maysandkerr.com

**ATTORNEYS FOR PLAINTIFFS AND THE COLLECTIVE**