UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEIRA VAUGHAN, JACQUELINE WOODARD, SASHE OMOGIATE, and MAKEDA ROOTS, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, -M- ENTERTAINMENT & CONSULTANT SERVICE, INC., MARVIN L. BROWN, individually, and MICHAEL BARNEY, SR., individually,<br><br>Defendants. | Case No.: **1:14-cv-00914-SCJ** |

### DECLARATION OF SERVICE OF ACCEPTANCE
### OF DEFENDANTS' OFFER FOR PLAINTIFFS
### ARMIE AUXTERO, LINDSEY HARDIN, BRITTANY LOVE, AND SASHE OMOGIATE

I, Rebekah L. Bailey, being first duly sworn upon oath, depose and state as follows:

1. I am a resident of the State of Minnesota and over the age of eighteen years. My business address is Nichols Kaster, PLLP, 4600 IDS Center, 80 South

8th Street, Minneapolis, Minnesota 55402. I represent Plaintiffs in the above-entitled action;

2. On Friday, December 2, 2016, Defendants served individual Plaintiffs each with an offer to settle claims, invoking Rule 68 of the Federal Rules of Civil Procedure.[1]

3. Four Plaintiffs accepted, serving Defendants with their acceptance via email and with this ECF filing today. A copy of the offers and their respective acceptances are attached hereto as **Exhibit A**.

4. The offers require dismissal of accepting Plaintiffs, but permits the Court to retain jurisdiction over their claims for attorneys' and litigation costs. In conferring on these terms, the parties have agreed to postpone the fee petition until after trial and at such time when the Court considers the fee award for the remaining Plaintiffs.

5. Additionally, the parties conferred about tax treatment for the settlement amounts and agreed that four settling Plaintiffs would submit appropriate tax forms before Defendants made payments.

---

[1] Remaining Plaintiffs reserve the right to challenge whether the settlement actually complies with and thus qualifies as an Offer of Judgment under the Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2016        /s/ Rebekah L. Bailey
**NICHOLS KASTER, PLLP**
Michele R. Fisher, GA Bar No. 76198
Paul J. Lukas, MN Bar No. 22084X*
Anna Prakash, MN Bar No. 0351362*
Rebekah L. Bailey, MN Bar No. 0389599*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
fisher@nka.com
aprakash@nka.com
bailey@nka.com
*admitted pro hac vice

**MAYS & KERR, LLC**
John Mays, GA Bar No. 986574
Meredith Carter, GA Bar No. 325422
235 Peachtree St. NE #202
Atlanta, GA  30303
Telephone: (404) 410-7998
Fax: (404) 855-4066