# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEIRA VAUGHAN; JAQUELINE WOODARD; SASHE OMOGIATE; and MAKEDA ROOTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY; -M- ENTERTAINMENT & CONSULTANT SERVICE, INC.; MARVIN L. BROWN, individually; and MICHAEL BARNEY, SR., individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Act. No. 1:14-cv-914-SCJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' RULE 68 OFFER OF JUDGMENT TO ARMIE AUXTERO**

Pursuant to Fed. R. Civ. P. 68, Defendants offer judgment in favor of Plaintiff Armie Auxtero in the amount of **$17,929.84, which will be paid to you within five (5) days of receipt of Plaintiff's acceptance.**

This offer is subject to the following terms:

1.    Defendants admit no liability and make this offer purely to avoid further litigation.

2.    Defendants will send by overnight mail a check or wire transfer payment to Plaintiff, or her counsel, as directed by Plaintiff's counsel, within five (5) days of receipt of Plaintiff's acceptance of this offer. Acceptance should be sent by e-mail to Plaintiff's counsel and, if you desire, to beau@freedhoward.com.

3.    If you do not receive payment within five (5) days of receipt of your acceptance of this offer, Defendants will allow you to take a judgment against Defendants in the amount represented above.

4.    To constitute acceptance of this offer, Plaintiff must sign the Withdrawal of Consent form attached to this offer as **Exhibit A** *and* it must be electronically filed with the Clerk of Court for the United States District Court, Northern District of Georgia, Atlanta Division.

5.    This offer will remain open through December 19, 2016.

6.    Plaintiff's acceptance of this offer will result in dismissal with prejudice of her claims against Defendants and releases Defendants, their agents, affiliates, assigns, attorneys, officers, directors, principals, shareholders, and employees from any acts or omissions, causes of action, liabilities, debts, promises, contracts, agreements, covenants, controversies, damages, judgments, or other claims of any nature whatsoever, whether proceeding in contract, tort, or quasi-contract, at law or in equity, whether based on federal, state, or local statute, common law, regulation, or any other

source, whether known or unknown, asserted or un-asserted, suspected or unsuspected, which relate in any way to Plaintiff's employment or independent contractor/tenant relationship with Defendants **other than courts costs and attorneys' fees**.

Respectfully submitted, this 2d day of December, 2016.

**FREED HOWARD LLC**

_s/ F. Beau Howard_____
Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
Centennial Tower, Suite 3600
101 Marietta Street NW
Atlanta, Georgia 30303
Office: (407) 839-9300

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEIRA VAUGHAN; JAQUELINE )
WOODARD; SASHE OMOGIATE; )
and MAKEDA ROOTS, individually )
and on behalf of all others similarly )
situated, )
)
           Plaintiffs, )
)
v. )    Civ. Act. No. 1:14-cv-914-SCJ
)
PARADISE ENTERTAINMENT )
GROUP, INC. d/b/a MAGIC CITY; - )
M- ENTERTAINMENT & )
CONSULTANT SERVICE, INC.; )
MARVIN L. BROWN, individually; )
and MICHAEL BARNEY, SR., )
individually, )
)
           Defendants. )
)

## WITHDRAWAL OF CONSENT TO PARTICIPATE IN LAWSUIT AND STIPULATION OF DISMISSAL WITH PREJUDICE

I hereby revoke my Consent to Join Litigation and withdraw as a Plaintiff from this lawsuit because I have accepted Defendants' Rule 68 Offer of Judgment. I agree and stipulate with Defendants that my claims in this lawsuit will be dismissed with prejudice. The payment made pursuant to Defendants' Rule 68 Offer of Judgment will fully resolve all claims I have against Defendants related to this lawsuit, other than for an award of costs or attorneys' fees.

Respectfully submitted this 13 day of December, 2016.

**SIGNATURE**

By Plaintiff Armie Auxtero

**COUNTERSIGNED**

*s/ F. Beau Howard*
Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
**Freed Howard LLC**
Centennial Tower, Suite 3600
101 Marietta Street NW
Atlanta, Georgia 30303
Office: (407) 839-9300

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEIRA VAUGHAN; JAQUELINE WOODARD; SASHE OMOGIATE; and MAKEDA ROOTS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civ. Act. No. 1:14-cv-914-SCJ |
| PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY; - M- ENTERTAINMENT & CONSULTANT SERVICE, INC.; MARVIN L. BROWN, individually; and MICHAEL BARNEY, SR., individually, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS' RULE 68 OFFER OF JUDGMENT TO LINDSAY HARDIN

Pursuant to Fed. R. Civ. P. 68, Defendants offer judgment in favor of Plaintiff

Lindsay Hardin in the amount of **$3,391.37, which will be paid to you within five (5)**

**days of receipt of Plaintiff's acceptance.**

This offer is subject to the following terms:

1.    Defendants admit no liability and make this offer purely to avoid further

litigation.

2.      Defendants will send by overnight mail a check or wire transfer payment to Plaintiff, or her counsel, as directed by Plaintiff's counsel, within five (5) days of receipt of Plaintiff's acceptance of this offer. Acceptance should be sent by e-mail to Plaintiff's counsel and, if you desire, to beau@freedhoward.com.

3.      If you do not receive payment within five (5) days of receipt of your acceptance of this offer, Defendants will allow you to take a judgment against Defendants in the amount represented above.

4.      To constitute acceptance of this offer, Plaintiff must sign the Withdrawal of Consent form attached to this offer as **Exhibit A** *and* it must be electronically filed with the Clerk of Court for the United States District Court, Northern District of Georgia, Atlanta Division.

5.      This offer will remain open through December 19, 2016.

6.      Plaintiff's acceptance of this offer will result in dismissal with prejudice of her claims against Defendants and releases Defendants, their agents, affiliates, assigns, attorneys, officers, directors, principals, shareholders, and employees from any acts or omissions, causes of action, liabilities, debts, promises, contracts, agreements, covenants, controversies, damages, judgments, or other claims of any nature whatsoever, whether proceeding in contract, tort, or quasi-contract, at law or in equity, whether based on federal, state, or local statute, common law, regulation, or any other

source, whether known or unknown, asserted or un-asserted, suspected or unsuspected, which relate in any way to Plaintiff's employment or independent contractor/tenant relationship with Defendants **other than courts costs and attorneys' fees**.

Respectfully submitted, this 2d day of December, 2016.

**FREED HOWARD LLC**

*s/ F. Beau Howard*
Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
Centennial Tower, Suite 3600
101 Marietta Street NW
Atlanta, Georgia 30303
Office: (407) 839-9300

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| KEIRA VAUGHAN; JAQUELINE WOODARD; SASHE OMOGIATE; and MAKEDA ROOTS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Act. No. 1:14-cv-914-SCJ |
| PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY; -M- ENTERTAINMENT & CONSULTANT SERVICE, INC.; MARVIN L. BROWN, individually; and MICHAEL BARNEY, SR., individually, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **WITHDRAWAL OF CONSENT TO PARTICIPATE IN LAWSUIT AND STIPULATION OF DISMISSAL WITH PREJUDICE**

I hereby revoke my Consent to Join Litigation and withdraw as a Plaintiff from this lawsuit because I have accepted Defendants' Rule 68 Offer of Judgment. I agree and stipulate with Defendants that my claims in this lawsuit will be dismissed with prejudice. The payment made pursuant to Defendants' Rule 68 Offer of Judgment will fully resolve all claims I have against Defendants related to this lawsuit, other than for an award of costs or attorneys' fees.

Respectfully submitted this ₁₄___ day of December, 2016.

**SIGNATURE**

_____

By Plaintiff Lindsay Hardin

**COUNTERSIGNED**

*s/ F. Beau Howard*
_____

Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
**Freed Howard LLC**
Centennial Tower, Suite 3600
101 Marietta Street NW
Atlanta, Georgia 30303
Office: (407) 839-9300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEIRA VAUGHAN; JAQUELINE WOODARD; SASHE OMOGIATE; and MAKEDA ROOTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY; -M- ENTERTAINMENT & CONSULTANT SERVICE, INC.; MARVIN L. BROWN, individually; and MICHAEL BARNEY, SR., individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Act. No. 1:14-cv-914-SCJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' RULE 68 OFFER OF JUDGMENT TO BRITANY LOVE**

Pursuant to Fed. R. Civ. P. 68, Defendants offer judgment in favor of Plaintiff

Britany Love in the amount of **$291.85, which will be paid to you within five (5) days**

**of receipt of Plaintiff's acceptance.**

This offer is subject to the following terms:

1.    Defendants admit no liability and make this offer purely to avoid further

litigation.

2.     Defendants will send by overnight mail a check or wire transfer payment to Plaintiff, or her counsel, as directed by Plaintiff's counsel, within five (5) days of receipt of Plaintiff's acceptance of this offer. Acceptance should be sent by e-mail to Plaintiff's counsel and, if you desire, to beau@freedhoward.com.

3.     If you do not receive payment within five (5) days of receipt of your acceptance of this offer, Defendants will allow you to take a judgment against Defendants in the amount represented above.

4.     To constitute acceptance of this offer, Plaintiff must sign the Withdrawal of Consent form attached to this offer as **<u>Exhibit A</u>** *and* it must be electronically filed with the Clerk of Court for the United States District Court, Northern District of Georgia, Atlanta Division.

5.     This offer will remain open through December 19, 2016.

6.     Plaintiff's acceptance of this offer will result in dismissal with prejudice of her claims against Defendants and releases Defendants, their agents, affiliates, assigns, attorneys, officers, directors, principals, shareholders, and employees from any acts or omissions, causes of action, liabilities, debts, promises, contracts, agreements, covenants, controversies, damages, judgments, or other claims of any nature whatsoever, whether proceeding in contract, tort, or quasi-contract, at law or in equity, whether based on federal, state, or local statute, common law, regulation, or any other

source, whether known or unknown, asserted or un-asserted, suspected or unsuspected, which relate in any way to Plaintiff's employment or independent contractor/tenant relationship with Defendants **other than courts costs and attorneys' fees**.

Respectfully submitted, this 2d day of December, 2016.

**FREED HOWARD LLC**

*s/ F. Beau Howard*
Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
Centennial Tower, Suite 3600
101 Marietta Street NW
Atlanta, Georgia 30303
Office: (407) 839-9300

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEIRA VAUGHAN; JAQUELINE WOODARD; SASHE OMOGIATE; and MAKEDA ROOTS, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. Act. No. 1:14-cv-914-SCJ |
| PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY; -M- ENTERTAINMENT & CONSULTANT SERVICE, INC.; MARVIN L. BROWN, individually; and MICHAEL BARNEY, SR., individually, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## WITHDRAWAL OF CONSENT TO PARTICIPATE IN LAWSUIT AND STIPULATION OF DISMISSAL WITH PREJUDICE

I hereby revoke my Consent to Join Litigation and withdraw as a Plaintiff from this lawsuit because I have accepted Defendants' Rule 68 Offer of Judgment. I agree and stipulate with Defendants that my claims in this lawsuit will be dismissed with prejudice. The payment made pursuant to Defendants' Rule 68 Offer of Judgment will fully resolve all claims I have against Defendants related to this lawsuit, other than for an award of costs or attorneys' fees.

Respectfully submitted this <u>9</u>___ day of December, 2016.

**SIGNATURE**

_____

By Plaintiff Britany Love

**COUNTERSIGNED**

<u>_s/ F. Beau Howard_____</u>
Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
**Freed Howard LLC**
Centennial Tower, Suite 3600
101 Marietta Street NW
Atlanta, Georgia 30303
Office: (407) 839-9300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEIRA VAUGHAN; JAQUELINE            )
WOODARD; SASHE OMOGIATE;            )
and MAKEDA ROOTS, individually      )
and on behalf of all others similarly )
situated,                           )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )    Civ. Act. No. 1:14-cv-914-SCJ
                                    )
PARADISE ENTERTAINMENT              )
GROUP, INC. d/b/a MAGIC CITY; -     )
M- ENTERTAINMENT &                  )
CONSULTANT SERVICE, INC.;           )
MARVIN L. BROWN, individually;      )
and MICHAEL BARNEY, SR.,            )
individually,                       )
                                    )
        Defendants.                 )
                                    )

## DEFENDANTS' RULE 68 OFFER OF JUDGMENT TO SASHE OMOGIATE

Pursuant to Fed. R. Civ. P. 68, Defendants offer judgment in favor of Plaintiff

Sashe Omogiate in the amount of **$26,542.71, which will be paid to you within five**

**(5) days of receipt of Plaintiff's acceptance.**

This offer is subject to the following terms:

1.      Defendants admit no liability and make this offer purely to avoid further

litigation.

2.    Defendants will send by overnight mail a check or wire transfer payment to Plaintiff, or her counsel, as directed by Plaintiff's counsel, within five (5) days of receipt of Plaintiff's acceptance of this offer. Acceptance should be sent by e-mail to Plaintiff's counsel and, if you desire, to beau@freedhoward.com.

3.    If you do not receive payment within five (5) days of receipt of your acceptance of this offer, Defendants will allow you to take a judgment against Defendants in the amount represented above.

4.    To constitute acceptance of this offer, Plaintiff must sign the Withdrawal of Consent form attached to this offer as **<u>Exhibit A</u>** *and* it must be electronically filed with the Clerk of Court for the United States District Court, Northern District of Georgia, Atlanta Division.

5.    This offer will remain open through December 19, 2016.

6.    Plaintiff's acceptance of this offer will result in dismissal with prejudice of her claims against Defendants and releases Defendants, their agents, affiliates, assigns, attorneys, officers, directors, principals, shareholders, and employees from any acts or omissions, causes of action, liabilities, debts, promises, contracts, agreements, covenants, controversies, damages, judgments, or other claims of any nature whatsoever, whether proceeding in contract, tort, or quasi-contract, at law or in equity, whether based on federal, state, or local statute, common law, regulation, or any other

source, whether known or unknown, asserted or un-asserted, suspected or unsuspected, which relate in any way to Plaintiff's employment or independent contractor/tenant relationship with Defendants **other than courts costs and attorneys' fees**.

Respectfully submitted, this 2d day of December, 2016.

**FREED HOWARD LLC**

_s/ F. Beau Howard_
Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
Centennial Tower, Suite 3600
101 Marietta Street NW
Atlanta, Georgia 30303
Office: (407) 839-9300

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEIRA VAUGHAN; JAQUELINE WOODARD; SASHE OMOGIATE; and MAKEDA ROOTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY; -M- ENTERTAINMENT & CONSULTANT SERVICE, INC.; MARVIN L. BROWN, individually; and MICHAEL BARNEY, SR., individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civ. Act. No. 1:14-cv-914-SCJ |

## **WITHDRAWAL OF CONSENT TO PARTICIPATE IN LAWSUIT AND STIPULATION OF DISMISSAL WITH PREJUDICE**

I hereby revoke my Consent to Join Litigation and withdraw as a Plaintiff from this lawsuit because I have accepted Defendants' Rule 68 Offer of Judgment. I agree and stipulate with Defendants that my claims in this lawsuit will be dismissed with prejudice. The payment made pursuant to Defendants' Rule 68 Offer of Judgment will fully resolve all claims I have against Defendants related to this lawsuit, other than for an award of costs or attorneys' fees.

Respectfully submitted this ____ day of December, 2016.

**SIGNATURE**

_____

By Plaintiff Sashe Omogiate


**COUNTERSIGNED**


_s/ F. Beau Howard_____

Gary S. Freed, GA Bar No. 275275

F. Beau Howard, GA Bar No. 142641

**Freed Howard LLC**

Centennial Tower, Suite 3600

101 Marietta Street NW

Atlanta, Georgia 30303

Office: (407) 839-9300