IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEIRA VAUGHAN, JACQUELINE  :
WOODARD, SASHE OMOGIATE,   :
MAKEDA ROOTS,              :
                           :
   Plaintiffs,             :
                           :
v.                         :
                           :  CIVIL ACTION NO.
M-ENTERTAINMENT            :  1:14-CV-914-SCJ
PROPERTIES, LLC; PARADISE  :
ENTERTAINMENT GROUP, INC., :
d/b/a Magic City;          :
M-ENTERTAINMENT &          :
CONSULTANT SERVICE, INC.;  :
MARVIN L. BROWN; MICHAEL   :
BARNEY, Sr.;               :
                           :
   Defendants.             :

### ORDER

Plaintiffs have filed a Motion in Limine seeking to exclude evidence of settlement offers made by Defendants. Doc. No. [264]. Plaintiffs argue that the offers are inadmissable under Fed. R. Evid. 408 and Fed. R. Evid. 403. Id. pp. 3–8. However, Fed. R. Evid. 408(a) prohibits the introduction of evidence related to settlement offers "to prove or disprove the validity or amount of a disputed claim or to impeach by a prior inconsistent statement or a contradiction." Fed. R. Evid. 408(a). And Fed. R. Evid. 403 prohibits evidence that would be unfairly prejudicial or would only serve to confuse and mislead the jury. Id. 403. Both sides recognize that evidence of

AO 72A
(Rev.8/82)

settlement offers are admissible in aiding a court in determining attorneys' fees and costs awards. See Doc. No. [264-1], pp. 5–6; Doc. No. [270], pp. 4–8. While the Court agrees that the evidence would be clearly inadmissible before the jury, the Court will allow the parties to submit evidence with regard to the settlement offers outside the presence of the jury solely for the purpose of aiding the Court in determining reasonable attorneys' fees and costs awards. Plaintiffs' Motion in Limine seeking to exclude evidence of settlement offers (Doc. No. [264]) is thus **GRANTED in part and DENIED in part**.

**IT IS SO ORDERED,** this 6th day of January, 2017.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)