IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEIRA VAUGHAN, JACQUELINE
WOODARD, SASHE OMOGIATE,
MAKEDA ROOTS,

    Plaintiffs,

v.

M-ENTERTAINMENT
PROPERTIES, LLC; PARADISE
ENTERTAINMENT GROUP, INC.,
d/b/a Magic City;
M-ENTERTAINMENT &
CONSULTANT SERVICE, INC.;
MARVIN L. BROWN; MICHAEL
BARNEY, Sr.;

    Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
1:14-CV-914-SCJ

## ORDER

This matter appears before the Court on two of Defendants' Motions in limine. Docs. No. [281], [282]. Plaintiffs have conceded that evidence of Michael Barney, Sr.'s prior felony conviction is inadmissible and that evidence of Defendants' reclassification of its workers as employees is irrelevant to the issues to be tried.

AO 72A
(Rev.8/82)

Docs. No. [299], [300]. Thus, Defendants' Motions in limine ( Docs. No. [281], [282]) are **GRANTED**.

**IT IS SO ORDERED,** this ___9th___ day of January, 2017 .

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)