IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEIRA VAUGHAN, JACQUELINE WOODARD, SASHE OMOGIATE, MAKEDA ROOTS,<br><br>    Plaintiffs,<br><br>    v.<br><br>PARADISE ENTERTAINMENT GROUP, INC., d/b/a Magic City; M-ENTERTAINMENT & CONSULTANT SERVICE, INC.; MARVIN L. BROWN; MICHAEL BARNEY, Sr.;<br><br>    Defendants. | CIVIL ACTION NO.<br>1:14-CV-914-SCJ |

## ORDER

This matter appears before the Court with regard to Plaintiffs' Motion in limine to preclude questioning relating to Plaintiffs' tax returns. Doc. No. [261]. Although the Court previously indicated otherwise during the pretrial conference, the Court would like to clarify that neither party should submit to the Court a list of Plaintiffs who may have admitted to filing incorrect tax returns.

IT IS SO ORDERED, this __10th__ day of January, 2017.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)