UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEIRA VAUGHAN, JACQUELINE WOODARD, SASHE OMOGIATE, and MAKEDA ROOTS, individually and on behalf of all other similarly situated individuals,

    Plaintiffs,

v.

PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, -M- ENTERTAINMENT & CONSULTANT SERVICE, INC., MARVIN L. BROWN, individually, and MICHAEL BARNEY, SR., individually,

    Defendants.

Case No.: **1:14-cv-00914-SCJ**

### JOINT STATUS REPORT

Pursuant to the February 7, 2017 Docket Order, the parties hereby file this join report to update the Court on the status of settlement.

Following the January 10, 2017, pretrial conference, the parties have been negotiating the written terms of a settlement agreement. To date, the parties have resolved all disputes except as to one concerning whether Plaintiffs or Defendants shall be responsible for paying a portion of the employer-side payroll taxes.

If they are unable to resolve this remaining dispute by Tuesday, February 14, 2017, the parties request a telephone conference with the Court at its earliest convenience to assist the parties with this remaining issue.

**NICHOLS KASTER, PLLP**

*/s/ Rebekah L. Bailey*
Paul J. Lukas*
Michele R. Fisher
Anna Prakash*
Rebekah L. Bailey*
Robert L. Schug*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
lukas@nka.com
fisher@nka.com
aprakash@nka.com
bailey@nka.com
schug@nka.com
*admitted pro hac vice

**MAYS & KERR, LLC**
John L. Mays, GA Bar No. 986574
Suite 202, North Tower
235 Peachtree Street N.E.
Atlanta, GA 30303
john@maysandkerr.com
meredith@mcarterlaw.com

*Attorneys for Plaintiffs and
the Collective Action*

**FREED HOWARD LLC**

/s/*Beau Howard* (with permission)
Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
Centennial Tower, Suite 3600
101 Marietta Street NW
Atlanta, Georgia 30303
Office: (407) 839-9300
gary@freedhoward.com

*Attorney for Defendants*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in LR 5.1C, NDGa.  Specifically, Times New Roman 14 point font was used.

　　　　　　　　　　　　　　　　　　　／s/ Rebekah Bailey
　　　　　　　　　　　　　　　　　　　Rebekah Bailey

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing

**STATUS REPORT**

with the Clerk of Court and served a true and correct copy of the same by electronic mail on the following counsel of record:

**FREED HOWARD LLP**
Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
101 Marietta Street NW
Suite 3600
Atlanta, Georgia 30303
Office: (407) 839-9300
gary@freedhoward.com
beau@freedhoward.com


/s/ /Rebekah Bailey
Rebekah Bailey