IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEIRA VAUGHAN, JACQUELINE WOODARD, SASHE OMOGIATE, and MAKEDA ROOTS, individually and on behalf of all other similarly situated individuals<br><br>  Plaintiffs,<br><br>  v.<br><br>PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, -M- ENTERTAINMENT & CONSULTANT SERVICE, INC., M-ENTERTAINMENT PROPERTIES, LLC, MARVIN L. BROWN, individually, and MICHAEL BARNEY, SR., individually,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-0914-SCJ |

**O R D E R**

This civil action is before the Court on Plaintiffs' Unopposed Motion to Reopen Administratively Closed Action [Doc. No. 323], which is hereby **GRANTED**.  This matter shall be **REOPENED** pending the parties' filing of a motion for approval of settlement agreement.

**IT IS SO ORDERED**, this 2nd day of May, 2017.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE