# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KEIRA VAUGHAN, JACQUELINE WOODARD, SASHE OMOGIATE, and MAKEDA ROOTS, individually and on behalf of all other similarly situated individuals,

    Plaintiffs,

v.

PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, -M- ENTERTAINMENT & CONSULTANT SERVICE, INC., MARVIN L. BROWN, individually, and MICHAEL BARNEY, SR., individually,

    Defendants.

Case No.: **1:14-cv-00914-SCJ**

## CONSENT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF ACTION

Together Plaintiffs Keira Vaughan, Jacqueline Woodard, and Makeda Roots, individually and on behalf of the collective action ("Plaintiffs"), and Paradise Entertainment Group, Inc., -M- Entertainment & Consultant Service, Inc., Marvin L. Brown, and Michael Barney, Sr. ("Defendants") (collectively "the parties"),

hereby file this consent motion respectfully requesting the Court's approval of the settlement of this action and request that the Court dismiss this action with prejudice.

Through this consent motion, the parties request that the Court (1) approve the proposed settlement as a fair, reasonable, and adequate resolution of a bona fide dispute; (2) approve the terms of the settlement and distribution of payments set forth in the parties' Settlement Agreement; (3) approve the attorneys' fees and costs request; and (4) dismiss the case with prejudice.

Respectfully submitted,

Dated: May 15, 2017

**NICHOLS KASTER, PLLP**

*/s/ Rebekah L. Bailey*
Paul J. Lukas*
Michele R. Fisher
Anna Prakash*
Rebekah L. Bailey*
Robert L. Schug*
Jason D. Friedman*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
lukas@nka.com
bailey@nka.com
*admitted pro hac vice

**MAYS & KERR, LLC**
John L. Mays, GA Bar No. 986574

Meredith J. Carter, GA Bar No. 325422
Suite 202, North Tower
235 Peachtree Street N.E.
Atlanta, GA 30303
john@maysandkerr.com
meredith@mcarterlaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing

**CONSENT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF ACTION**

with the Clerk of Court and served a true and correct copy of the same, including all relevant exhibits, by electronic mail on the following counsel of record:

FREED HOWARD LLP
Gary S. Freed, GA Bar No. 275275
F. Beau Howard, GA Bar No. 142641
101 Marietta Street NW
Suite 3600
Atlanta, Georgia 30303
Office: (407) 839-9300
gary@freedhoward.com
beau@freedhoward.com


Dated: May 15, 2017                    /s/ Rebekah Bailey
                                       Rebekah Bailey

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Plaintiffs certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

Dated:  May 15, 2017                      */s/ Rebekah L. Bailey*
                                                           Rebekah L. Bailey