# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEIRA VAUGHAN, *et al.*,

     Plaintiffs,

     Case No.: 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

     Defendants.

     **FOR: <u>RAVEN BANKSTON</u>**

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>$5,509.54</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by <u>**APRIL 24, 2017**</u>. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY <u>APRIL 24, 2017</u> TO BE INCLUDED IN THE SETTLEMENT.

_____
Signature

03-23-2017
_____
Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

---

KEIRA VAUGHAN, et al.,

      Plaintiffs,                **Case No.**: 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, et al.,

      Defendants.            **FOR: <u>Larissa Castro</u>**

---

### CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:**  I received the Notice of Settlement.  I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **<u>$1,892.33</u>** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**.  By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:**  Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017.  I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY <u>APRIL 24, 2017</u> TO BE INCLUDED IN THE SETTLEMENT.

_____         4/25/2017
_____
Signature                             Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KEIRA VAUGHAN, et al.,

      Plaintiffs,                           **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, et al.,

      Defendants.                   **FOR:** <u>Christina Charles</u>

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$13,106.60** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____        4/04/2017
Signature                                         Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,

v.

PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.

**Case No.:** 1:14-cv-00914-SCJ

**FOR: Astin Currie**

---

### CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$19,356.61** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____
Signature

March 28, 2017
_____
Date

**Mail, Fax or Email this Form by APRIL 24, 2017 to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,                **Case No.: 1:14-cv-00914-SCJ**

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.                **FOR: <u>TAKIERON DAVIS</u>**

---

### CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **<u>$39,752.31</u>** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY <u>APRIL 24, 2017</u> TO BE INCLUDED IN THE SETTLEMENT.

_____              3/14/2017
Signature                        Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,

                                **Case No.: 1:14-cv-00914-SCJ**

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.                    **FOR: <u>ANGELA GLASS</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>$7,771.57</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____       4 -4 -2017
Signature                                  Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,

                            **Case No.: 1:14-cv-00914-SCJ**

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.                  **FOR: <u>DANIELLE GORDON</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>**$20,763.00**</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____      _____
Signature                                      Date

**Mail, Fax or Email this Form by APRIL 24, 2017 to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,

                                  Case No.: 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.

                                  FOR: <u>TULETHIA HAMBRICK</u>

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>$1,429.45</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by <u>APRIL 24, 2017</u>. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY <u>APRIL 24, 2017</u> TO BE INCLUDED IN THE SETTLEMENT.

_____                 3·16·17
Signature                                       Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, *et al.,*

      Plaintiffs,

      Case No.: 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, *et al.,*

      Defendants.

      **FOR: <u>KRISTIN JOURNIGAN</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>**$37,812.15**</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by <u>**APRIL 24, 2017**</u>. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY <u>**APRIL 24, 2017**</u> TO BE INCLUDED IN THE SETTLEMENT.

Signature _____    Date March 20, 2017

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KEIRA VAUGHAN, *et al.*,

     Plaintiffs,

                                   **Case No.**: 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, *et al.*,

     Defendants.                      **FOR: SABRINA LOPES**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$16,757.27** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____       _____
Signature                                       Date

**Mail, Fax or Email this Form by APRIL 24, 2017 to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,                **Case No.**: 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.          **FOR: <u>CRYSTAL MOHAN</u>**

---

### CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>**$2,945.55**</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by <u>**APRIL 24, 2017**</u>. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY <u>**APRIL 24, 2017**</u> TO BE INCLUDED IN THE SETTLEMENT.

_____      3\15\17
Signature                                Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, et al.,

      Plaintiffs,                **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, et al.,

      Defendants.                **FOR: <u>Patrice Noble</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>$79,735.95</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_Patrice Noble_                           04/11/2017
_____          _____
Signature                              Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, et al.,

      Plaintiffs,

      **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, et al.,

      Defendants.

      **FOR: <u>Tamecia Pace</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **<u>$12,489.50</u>** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

      4/09/2017

_____     _____
Signature                   Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.

**Case No.:** 1:14-cv-00914-SCJ

**FOR: GLYNNIS PITTMAN**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$28,546.49** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_Glynnis Pittman_
Signature

_April 10, 2017_
Date

**Mail, Fax or Email this Form by APRIL 24, 2017 to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

KEIRA VAUGHAN, *et al.*,

   Plaintiffs,      **Case No.: 1:14-cv-00914-SCJ**

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

   Defendants.     **FOR: <u>BRITTANY ROBINSON</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>**$41,609.60**</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by <u>**APRIL 24, 2017**</u>. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY <u>**APRIL 24, 2017**</u> TO BE INCLUDED IN THE SETTLEMENT.

_____   3/23/17
Signature             Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, et al.,

      Plaintiffs,

                        **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, et al.,

      Defendants.

                        **FOR:** <u>Gera Robinson</u>

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$48,378.11** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____
Signature

04/06/2017
_____
Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,               **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.             **FOR: <u>MAKEDA ROOTS</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>$38,157.53</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by <u>**APRIL 24, 2017**</u>. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY <u>**APRIL 24, 2017**</u> TO BE INCLUDED IN THE SETTLEMENT.

 

_____            3/20/17
Signature                              Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,                 **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.               **FOR: SUMMER SALES**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$1,391.45** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____         _____
Signature                                      Date

**Mail, Fax or Email this Form by APRIL 24, 2017 to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

KEIRA VAUGHAN, *et al.*,

     Plaintiffs,                   **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

     Defendants.             **FOR: <u>ARKETA SMITH</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$63,319.02** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **<u>APRIL 24, 2017</u>** TO BE INCLUDED IN THE SETTLEMENT.

_____        March, 13, 2017
Signature                         Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,

                         **Case No.**: 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.              **FOR: <u>PRECIOUS STEPHENS KELLY</u>**

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, <u>**$28,383.51**</u> in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **<u>APRIL 24, 2017</u>** TO BE INCLUDED IN THE SETTLEMENT.

_Precious Stephens Kelly_           _3-22-17_
Signature                            Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,                     **Case No.: 1:14-cv-00914-SCJ**

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.            **FOR: <u>ERICA TARVER</u>**

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **<u>$15,080.13</u>** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **<u>APRIL 24, 2017</u>** TO BE INCLUDED IN THE SETTLEMENT.

_____
Signature

3 - 24 -17
_____
Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, et al.,

      Plaintiffs,                    **Case No.**: 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, et al.,

      Defendants.                 **FOR: <u>Sheena Tinsley</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **<u>$9,512.28</u>** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY <u>APRIL 24, 2017</u> TO BE INCLUDED IN THE SETTLEMENT.

_____           April 10,2017
Signature                           Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

---

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,                **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.               **FOR: <u>KEIRA VAUGHAN</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **<u>$63,345.25</u>** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **<u>APRIL 24, 2017</u>** TO BE INCLUDED IN THE SETTLEMENT.

 

_Keira Vaughan_                    3-18-17
Signature                               Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KEIRA VAUGHAN, et al.,

      Plaintiffs,                  **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, et al.,

      Defendants.               **FOR: <u>Quiona Wagner</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$378.00** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **<u>APRIL 24, 2017</u>** TO BE INCLUDED IN THE SETTLEMENT.

X _(signature)_                                4/10/2017

Signature                                      Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, *et al.*,

      Plaintiffs,                   **Case No.: 1:14-cv-00914-SCJ**

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, *et al.*,

      Defendants.                 **FOR: ERYN WATKINS**

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$822.61** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____       APRIL 3, 2017
Signature                                   Date

**Mail, Fax or Email this Form by APRIL 24, 2017 to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, et al.,

       Plaintiffs,              **Case No.:** 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, et al.,

       Defendants.            **FOR: <u>Courtney Whitehead</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$1,460.15** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____            4/17/2017
Signature                               Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

KEIRA VAUGHAN, et al.,

      Plaintiffs,               **Case No.**: 1:14-cv-00914-SCJ

v.

PARADISE ENTERTAINMENT GROUP,
INC. d/b/a MAGIC CITY, et al.,

      Defendants.               **FOR: Jacqueline Woodard**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **$58,198.42** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **APRIL 24, 2017**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **APRIL 24, 2017** TO BE INCLUDED IN THE SETTLEMENT.

_____      4/09/2017

Signature                           Date

**Mail, Fax or Email this Form by APRIL 24, 2017 to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEIRA VAUGHAN, et al.,

      Plaintiffs,

v.

PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, et al.,

      Defendants.

**Case No.**: 1:14-cv-00914-SCJ

**FOR: <u>Sorel Woods</u>**

---

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

---

**Consent to Settlement:** I received the Notice of Settlement. I understand that Magic City is offering to pay me, after deductions for attorneys' fees and costs, **<u>$13,869.10</u>** in ten equal installments over thirty months if I sign and return this Consent to Settlement by **<u>APRIL 24, 2017</u>**. By signing, I consent to the settlement and the terms of the settlement agreement, a copy of which will be made available to me by my attorneys upon request.

**Release of Claims:** Subject to the Court's approval of the settlement, I agree to release and discharge Paradise Entertainment Group, Inc., -M- Entertainment and Consultant Service, Inc., Marvin Brown, and Michael Barney, Sr. (collectively "Magic City"), their respective affiliates and related entities, and all of their incumbent and former officers, legal managers, directors, owners, members, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns, privies and representatives, in their individual and/or representative capacities, of all claims, liabilities, demands, obligations, damages, actions, or causes of action that were or could have been asserted in the Action under state or federal wage and hour laws for unpaid minimum wages, overtime premiums, kickbacks, reimbursements, liquidated damages, costs, attorneys' fees and all other forms of legal or equitable relief available related to claims and transactions alleged in the Third Amended Complaint that accrued three years before you joined the case until March 8, 2017. I further hold harmless Magic City for any tax consequences associated with this Settlement.

I UNDERSTAND THAT I MUST RETURN THIS SIGNED FORM, POSTMARKED, FAXED OR EMAILED BY **<u>APRIL 24, 2017</u>** TO BE INCLUDED IN THE SETTLEMENT.

_____
Signature

4/09/2017
_____
Date

**Mail, Fax or Email this Form by <u>APRIL 24, 2017</u> to:**
**Nichols Kaster, PLLP, Attn.: Rebekah Bailey**
**4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Email: forms@nka.com**