# EXHIBIT 3

| Pl Initials | 3 yr Dmgs Unliquid | Prelim Pro-Rata Allocation | Service Award | Settlement Award |
|---|---|---|---|---|
| AG | $789.22 | $929.45 | | $929.45 |
| AS | $320.97 | $377.99 | $500.00 | $877.99 |
| AC | $31,682.88 | $37,312.15 | $500.00 | $37,812.15 |
| BR | $23,676.73 | $27,883.51 | | $27,883.51 |
| CC | $12,805.00 | $15,080.13 | | $15,080.13 |
| CW | $1,181.52 | $1,391.45 | | $1,391.45 |
| CM | $48,568.91 | $57,198.42 | | $57,198.42 |
| DG | $1,606.84 | $1,892.33 | $500.00 | $2,392.33 |
| ET | $4,678.32 | $5,509.54 | | $5,509.54 |
| EW | $11,776.67 | $13,869.10 | | $13,869.10 |
| GR | $67,281.65 | $79,235.96 | | $79,235.96 |
| GP | $23,815.12 | $28,046.49 | $500.00 | $28,546.49 |
| JW | $11,129.21 | $13,106.60 | $1,000.00 | $14,106.60 |
| KV | $1,239.86 | $1,460.15 | $1,000.00 | $2,460.15 |
| KJ | $2,501.16 | $2,945.55 | $500.00 | $3,445.55 |
| LC | $52,939.24 | $62,345.25 | | $62,345.25 |
| MR | $35,331.97 | $41,609.60 | $1,000.00 | $42,609.60 |
| PN | $31,551.58 | $37,157.52 | $500.00 | $37,657.52 |
| PK | $698.50 | $822.61 | $500.00 | $1,322.61 |
| QW | $8,077.16 | $9,512.28 | | $9,512.28 |
| RB | $10,180.65 | $11,989.50 | | $11,989.50 |
| SL | $53,341.54 | $62,819.03 | $500.00 | $63,319.03 |
| ST | $13,804.54 | $16,257.27 | | $16,257.27 |
| SW | $33,330.32 | $39,252.31 | | $39,252.31 |
| SS | $16,011.72 | $18,856.61 | | $18,856.61 |
| TD | $17,205.93 | $20,263.00 | $500.00 | $20,763.00 |
| TP | $41,079.32 | $48,378.11 | $500.00 | $48,878.11 |
| TH | $6,599.08 | $7,771.57 | $500.00 | $8,271.57 |