# EXHIBIT 4

**Vaughan et al. v. Paradise Entertainment Group d/b/a Magic City et al.**
**U.S. District Court, Northern District of Georgia**
**Case No. 1:14-cv-00914 SCJ**

| Category | Total |
|---|---|
| Copy Costs | $76.92 |
| Phone Conference | $16.62 |
| Court costs/Filing Fees | $900.00 |
| Press Release | $349.00 |
| Postage/Federal Express/Service of Process | $5,078.63 |
| Legal Research (Westlaw and PACER) | $2,800.40 |
| Investigation/Atlanta Police Department | $188.73 |
| Depositions/Tax Return Fees | $18,480.07 |
| Mediation | $2,100.00 |
| Travel | $30,874.46 |
| **TOTAL** | **60,864.83** |