# EXHIBIT 5

**Vaughan et al. v. Paradise Entertainment Group d/b/a Magic City et al.**
**U.S. District Court, Northern District of Georgia**
**Case No. 1:14-cv-00914 SCJ**

| Staff_ID | Biller | Position | Hours | Fees |
|---|---|---|---|---|
| RLB | Rebekah L. Bailey | Attorney, partner | 894.79 | 341,276.25 |
| AWT | Ashley Thronson | Attorney, associate | 712.4 | 213,720.00 |
| AKW | Alex Wise | Damages Clerk | 325.6 | 56,980.00 |
| PJL | Paul Lukas | Attorney, partner | 324.7 | 202,937.50 |
| CMR | Christine Rued | Paralegal | 291.86 | 51,075.50 |
| JDF | Jason D. Friedman | Attorney, associate | 282.76 | 84,828.00 |
| APP | Anna Prakash | Attorney, partner | 207.7 | 88,272.50 |
| MRF | Michele R. Fisher | Attorney, partner | 71.1 | 37,327.50 |
| RLS | Robert L. Schug | Attorney, associate | 62 | 23,250.00 |
|  | Attorney Other |  | 61 | 15,852.50 |
|  | Staff Other |  | 593.84 | 107,079.00 |
| **TOTAL** |  |  | **3827.75** | **1,222,598.75** |