UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

KEIRA VAUGHAN, JACQUELINE WOODARD, SASHE OMOGIATE, and MAKEDA ROOTS, individually and on behalf of all other similarly situated individuals,

  Plaintiffs,

v.

PARADISE ENTERTAINMENT GROUP, INC. d/b/a MAGIC CITY, -M- ENTERTAINMENT & CONSULTANT SERVICE, INC., MARVIN L. BROWN, individually, and MICHAEL BARNEY, SR., individually,

  Defendants.

Case No.: **1:14-cv-00914-SCJ**

---

## PROPOSED ORDER
_____

This matter came before the Court on the parties' Consent Motion for Approval of FLSA Settlement and Dismissal of Action. Based on the memoranda, exhibits, and all the files and proceedings here, the Court makes the following:

## **ORDER**

1. The Parties' Consent Motion for Settlement Approval of FLSA

Settlement is **GRANTED**;

2. The Parties' Settlement Agreement is approved as a fair, reasonable, and adequate resolution of a bona fide dispute;

3. The Parties' proposed settlement terms and distribution of payment set forth in the Settlement Agreement (Ex. 1) are **APPROVED**;

4. Plaintiffs' Counsel's request for fees in the amount of $366,666.67 is **GRANTED**;

5 Plaintiffs' Counsel's request for reimbursement of out-of-pocket litigation costs in the amount of $61,864.83 is **GRANTED**; and

6. This case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this __ day of _____, 2017.

_____
Honorable Steve C. Jones
UNITED STATES DISTRICT JUDGE